Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT,<br><br>                    Plaintiff,<br><br>v.<br><br>SUNPATH LIMITED CORP., a Delaware corporation; NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation; WESCO INSURANCE COMPANY, a Delaware corporation; ASSURED AUTO GROUP, INC., a Florida corporation; and JOHN DOE 1, an unknown business entity<br><br>                    Defendant. | Case No.:  8:19-cv-00383-SMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff BEN FABRIKANT, by and through his attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all Defendants, with prejudice, with each side bearing its own costs and attorney's fees.

Dated: March 11, 2020                    Respectfully submitted,

                                        PLAINTIFF BEN FABRIKANT

                                        By:  /s/ Mark L. Javitch          .
                                        Mark L. Javitch (SBN 323729)
                                        Mark L. Javitch, Attorney at Law

480 S. Ellsworth Ave
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

2